# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| MELISA J., | ) |
|    Plaintiff | ) ) ) |
| | ) Civil Action No. 7:20-CV-328 |
| v. | ) ) ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) By: Michael F. Urbanski ) Chief United States District Judge ) |
|    Defendant | ) ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, plaintiff's motion for summary judgment (ECF No. 11) is **DENIED**, the Commissioner's motion for summary judgment (ECF No. 15) is **GRANTED**, the report and recommendation (ECF No. 21) is **ADOPTED in its entirety**, plaintiff's objections (ECF No. 22) are **OVERRULED**, the Commissioner's decision is **AFFIRMED**, and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: September 22, 2021

Michael F. Urbanski
Chief U.S. District Judge
2021.09.22 13:58:16 -04'00'

Michael F. Urbanski
Chief United States District Judge